## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| AMY DAWN FRANKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-14-518-KEW |
| | ) | |
| SOCIAL SERVICES FOUNDATION | ) | |
| OF SOUTHERN OKLAHOMA, INC., | ) | |
| d/b/a SOUTHERN OKLAHOMA | ) | |
| NUTRITION PROGRAM, a domestic | ) | |
| not-for-profit business | ) | |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### ADMINISTRATIVE CLOSING ORDER

This Court acknowledges the filing of a document entitled Notice of Settlement on April 28, 2015, which states the parties have reached a settlement of this matter. Based upon the representations of the parties, this Court finds this case should be administratively closed, pending the memorialization of the settlement and dismissal of the case.

IT IS THEREFORE ORDERED that the Clerk administratively close this action in his records without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, for any other purpose required to obtain a final determination of the proceedings, or for any purpose designated in the settlement agreement between the parties. The parties shall either move to reopen this case or file a Stipulation of Dismissal of the claims asserted in this case no later than **MAY 29, 2015**, or the case will be deemed dismissed with prejudice in its entirety.

IT IS SO ORDERED this 1st day of May, 2015.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE