IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMY DAWN FRANKS,<br><br>      Plaintiff,<br><br>v.<br><br>SOCIAL SERVICES FOUNDATION OF SOUTHERN OKLAHOMA, INC., dba SOUTHERN OKLAHOMA NUTRITION PROGRAM, a domestic not-for-profit business corporation,<br><br>      Defendant. | Case No. 6:14-CV-00518-KEW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Amy Dawn Franks, by and through her attorneys of record, and Defendant, Social Services Foundation of Southern Oklahoma, Inc., d/b/a Southern Oklahoma Nutrition Program, by and through its attorneys of record, stipulate to the dismissal with prejudice of all claims and causes of action brought in this case by the Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties stipulate that they shall each bear their own attorneys fees and costs.

1114309.1:733707:00660

Respectfully Submitted,

*s/Elaine R. Turner*
Elaine R. Turner, OBA #13082
Tami J. Hines, OBA #32014
Chase Tower
100 North Broadway, Suite 2900
Oklahoma City, OK  73102-8865
Telephone:  (405) 553-2828
Facsimile:  (405) 553-2855
Email: eturner@hallestill.com

**ATTORNEYS FOR DEFENDANTS**

*s/Terry A. Hall*
*(signed by filing attorney with permission of Plaintiff's attorney)*
Terry A. Hall, OBA #10668
1101 N. Harrison, Suite D
Shawnee, Oklahoma 74801
Telephone: (405) 275-5242
Facsimile: (918) 948-6982
Email:  thall@okhnhlaw.com

**ATTORNEY FOR PLAINTIFF**